**Order entered April 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

### TIMOTHY JAMES TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

# ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/     ADA BROWN
       JUSTICE